■■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK THOMAS, Appellant. [752 NYS2d 552] —Application by the appellant, inter alia, for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 28, 2002 (*People v Thomas,* 294 AD2d 607, lv denied 98 NY2d 702), affirming a judgment of the Supreme Court, Queens County, rendered January 6, 2000, and a resentence of the same court, imposed January 11, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745). Florio, J.P., Friedmann, H. Miller and Townes, JJ., concur.